THE W. K. JAHN COMPANY, INC., Appellant, v. PARADIES-CARROLL COMPANY, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days on payment of said costs. The rule that different items of goods sold and delivered may be joined in one cause of action has existed so long, and is so obviously founded on reasons of expediency and wisdom, that it should not be disturbed. Rich, Putnam, Blackmar and Jaycox, JJ., concur; Mills, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNHARD H. NELSON, Appellant.— Order of the County Court of Kings county affirming judgment of conviction of the City Magistrate's Court affirmed. No opinion. Mills, Rich, Putnam, Kelly and Jaycox, JJ., concur.

AGNES SMITH, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

JOSEPH J. STENGER and JOHN STENGER, as Executors, etc., of ANDREW STENGER, Deceased, Appellants, v. WILLIAM J. STENGER, Respondent.— Judgment unanimously affirmed, with costs. This suit had little merit. The executors' appeal has less. Respondent within twenty days, if so advised, may formally move this court upon affidavits for an order putting the costs on appellants personally, under Code of Civil Procedure, section 3246. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

WALTER I. STILLWELL, as Sole Acting Executor, etc., of ELIZABETH STILLWELL, Deceased, Plaintiff, v. SHELTER REALTY COMPANY, INC., Appellant, Impleaded with GUSTAF W. MATTSON, Respondent, and Others, Defendants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Rich, Putnam, Blackmar and Kelly, JJ., concur; Mills, J., not voting.

MARY SULLIVAN, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

HARRIET E. ARCHER, Respondent, v. CHARLES D. SMYTHWICK and Others, Appellants.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of Proceedings Supplementary to Execution. THE VOGUE COMPANY, Respondent, v. EMILE FORQUIGNON, Appellant.— Motion for stay granted, on condition that appellant perfect the appeal, place the case on the calendar and be ready for argument on Friday, March 12, 1920; otherwise, motion denied, with ten dollars costs. Present — Putnam, Blackmar, Kelly and Jaycox, JJ.